**IT IS ORDERED as set forth below:**

**Date: June 22, 2023**

_____

**Sage M. Sigler**
**U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| In re: | CASE NUMBER: |
|---|---|
| **TERRENCE WILLIAMS,** | **23-55306-SMS** |
| Debtor. | CHAPTER 13 |

### ORDER DENYING DEBTOR'S MOTION TO IMPOSE THE AUTOMATIC STAY

Before the Court is the *Motion to Impose Stay* (the "Motion," Doc. 3) filed by Terrence Williams, *pro se*, on June 5, 2023. The Court held a hearing on the Motion on June 20, 2023. There was no appearance by Debtor or anyone on Debtor's behalf. Accordingly, it is

**ORDERED** that the Motion (Doc. 3) is **DENIED without prejudice** for want of prosecution.

The Clerk of Court shall serve a copy of this Order on Debtor and the Chapter 13 Trustee.

**END OF DOCUMENT**