**IT IS ORDERED as set forth below:**

Date: July 12, 2023

_____
Sage M. Sigler
U.S. Bankruptcy Court Judge

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| In re: | CASE NUMBER: |
| **TERRENCE WILLIAMS,** | **23-55306-SMS** |
| Debtor. | CHAPTER 13 |

### ORDER DENYING DEBTOR'S MOTION TO IMPOSE THE AUTOMATIC STAY

Before the Court is the *Motion to Impose Stay* (the "Motion," Doc. 21) filed by Terrence Williams ("Debtor"), *pro se*, on June 29, 2023. The Court held a hearing on the Motion on July 11, 2023 (the "Hearing"). Brian K. Jordan appeared at the Hearing on behalf of JPMorgan Chase Bank, National Association ("Chase"), and someone purporting to be Debtor appeared by telephone.

At the Hearing, the purported Debtor stated that he filed this bankruptcy case and the Motion in an effort to avoid foreclosure of the real property located at 1455 Highland Lake Drive, Lawrenceville, Georgia 30045 (the "Property"). Mr. Jordan informed the Court that Chase

conducted a foreclosure sale of the Property on July 5, 2023 and sold the Property to a third party.[1] Accordingly, the Motion is futile.

Nevertheless, the Court finds Debtor's filings in this case concerning. Debtor's filings appear to have been prepared with undisclosed assistance or by someone other than an inexperienced *pro se* debtor.[2] Aggravating the Court's concerns, the Court could not verify Debtor's identity. Debtor completely failed to appear in prosecution of his previous Motion to Impose Stay (Doc. 3) on June 20, 2023, and Debtor did not appear via video at the Hearing. Moreover, Debtor could not recite the address of the Property without apparently checking notes, and when the Court asked Debtor the last four digits of his social security number, he hesitated before disconnecting from the Hearing. The Court will accordingly refer the matter to the United States Trustee for any further investigation she deems appropriate.

Having read and considered the Motion, for the reasons stated on the record at the Hearing and supplemented in this Order, it is

**ORDERED** that the Motion is **DENIED**.

The Clerk of Court shall serve a copy of this Order on the attached distribution list and the mailing matrix.

**END OF DOCUMENT**

---

[1] Because this case was Debtor's third case within a one-year time span and because Debtor's two prior cases were dismissed, the automatic stay was not effective upon the filing of the petition in this case. *See* 11 U.S.C. § 362(c)(4). Both of Debtor's prior cases, 23-50072 and 23-52216, were dismissed for Debtor's failure to pay the case filing fee.

[2] *See, e.g.*, Debtor's *Motions to Impose Stay* (Docs. 3 and 21) and *Application to Extend Time to File Schedules* (Doc. 15). The Court also notes that Debtor submitted the petition via email (Doc. 1).

**Distribution List**

Terrence Williams
1455 Highland Lake Drive
Lawrenceville, GA 30045

Brian K. Jordan
Aldridge Pite, LLP
Six Piedmont Center
3525 Piedmont Road, N.E., Suite 700
Atlanta, GA 30305

K. Edward Safir
Standing Chapter 13 Trustee
Suite 1600
285 Peachtree Center Ave. NE
Atlanta, GA 30303

Alan Hinderleider
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303